UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LAURA LEE JACOBSON,

                Plaintiff,

   -against-

KINGS COUNTY DEMOCRATIC COUNTY COMMITTEE; JUDICIAL SCREENING COMMITTEE FOR THE DEMOCRATIC PARTY IN AND FOR KINGS COUNTY; FRANK R. SEDDIO Individually and in His Official Capacity as County Chair of the Kings County Democratic County Committee; MARTIN W. EDELMAN Individually and in His Official and Representative Capacity as Chairperson of the Judicial Screening Committee for the Democratic Party in and for Kings County; STEVEN R. FINKELSTEIN; STEVE DECKER; ABAYOMI O. AJAIYEOBA; and JOHN AND JANE DOES ## 1-20, so named as their identities are not yet known, intended to represent persons who had access to confidential records of and/or confidential candidate-interview by, the Judicial Screening Committee for the Democratic Party in and for Kings County pertaining to plaintiff, who disclosed such materials outside of the committee to defendant Seddio, defendant Kings County Democratic County Committee, defendant Kings County Democratic County Committee's media consultant George Artz, members of the public and/or the media,

                Defendants.

16-cv-4809-LDH-RML

## **DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' BILL OF COSTS**

Plaintiff relies on Local Civil Rule 54.1(c) to argue that Defendants here should not receive recompense for the transcripts of the two oral arguments before this Court prior to the formal filing of the underlying Motions to Dismiss. Although there was no trial in this case, the transcripts were critical to the issues raised before the Court because Plaintiff's counsel made several significant concessions in those oral arguments and thus the transcripts were referenced several times in

Defendants' Motion to Dismiss. *See* Defendants' Memorandum of Law in Support of the Motion to Dismiss, Dkt. 38-1 at 1, 6, 14 and 15-16. The transcripts were attached as Exhibits 2 and 4 to the Declaration of Edward M. Spiro as part of the Kings County Democratic County Committee Defendants' Motion to Dismiss. (Dkt. No. 39-2). These transcripts were not acquired merely for "convenience of the counsel," but were critical to the issues before the Court. Thus, the cost of these transcripts should be allowed.

Plaintiff suggests that it was unnecessary to reproduce the transcripts on appeal since the transcripts were part of the record on appeal. But this argument misses the point. In fashioning the motion to dismiss before *this* Court, it was necessary for counsel to obtain copies of the transcript so as to confirm and evidence the statements made by Plaintiff's counsel that were critical to the Motions to Dismiss.

Therefore, Defendants respectfully request that the Court so order that the cost of such transcripts be paid by Plaintiffs as specifically allowed by Rule 54.1(c).

Respectfully submitted,

Dated: October 22, 2017

BOIES SCHILLER FLEXNER, LLP

_____
George F. Carpinello
Teresa A. Monroe
Mark Singer
30 South Pearl Street, 11th Floor
Albany, NY 12207
(518) 434-0600

*Attorneys for Defendants Martin Edelman, Steven Finkelstein, Steve Decker and Abayomi Ajaiyeoba and the unnamed members of the Judicial Screening Committee for the Democratic Party of King's County ("Committee")*