

# THE LAW FIRM OF RAVI BATRA

THE BATRA BUILDING
142 LEXINGTON AVE.
NEW YORK, NEW YORK 10016
212-545-1993

TODD@RAVIBATRALAW.COM
FAX: 212-545-0967

December 6, 2019

<u>Via EDNY ECF</u>
Hon. Robert M. Levy
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Jacobson v. Kings Cty. Dem. Cty. Comm., et. al.*; 16-cv-04809 (LDH) (RML)

**REPORT OF PARTIES' POSITIONS AS TO JURISDICTION OF MAGISTRATE JUDGE LEVY**

Dear Respected Judge Levy:

We represent plaintiff Laura Lee Jacobson.

Unfortunately, the parties have been unable to amicably resolve the limited issue referred to Your Honor.

After conferring with George F. Carpinello, Esq., counsel for the defendants seeking the costs opposed by the plaintiff, we report that the parties do not object to Your Honor exercising jurisdiction, in accordance with 28 U.S.C. § 636(c)(1), over the particular application referred to you.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Todd B. Sherman (TS 4031)

cc (Via ECF):

George F. Carpinello, Esq
Edward Spiro, Esq.

JJacobson.844\120619ConsentMagistrateLtr