# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December, two thousand and nineteen.

_____

| | |
|---|---|
| Laura Lee Jacobson, | **STATEMENT OF COSTS** |
| Plaintiff - Appellant, | Docket No. 18-3280 |
| v. | |
| Kings County Democratic County Committee, Judicial Screening Committee for the Democratic Party in and for Kings County, Frank R. Seddio, Individually and in His Official and Representative Capacity as County Chair of the Kings County Democratic County Committee, Martin W. Edelman, Individually and in His Official and Representative Capacity as Chairperson of the Judicial Screening Committee for the Democratic Party in and for Kings County, Steven R. Finkelstein, Steve Decker, Abayomi O. Ajaiyeoba, | |
| Defendants – Appellees. | |

_____

IT IS HEREBY ORDERED that costs are taxed in the amount of $104.59 in favor of the Appellees.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/10/2019